# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

========================

## NO. 03-05-00530-CV

========================

### Kellie Jean George, Appellant

### v.

### Michael George, Appellee

==============================================================================
### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. 98-12649, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING
==============================================================================

## M E M O R A N D U M   O P I N I O N

Appellant Kellie Jean George filed a motion to dismiss this appeal. Accordingly, we grant the motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   January 12, 2006